IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GALYN SCOTT HOEFT,

       Appellant,

 v.                                     Case No.  5D22-1572
                                         LT Case Nos. 2022-MM-111-A
                                                         2022-MM-497-A
                                                         2022-MM-498-A
                                                         2022-MM-496-A

STATE OF FLORIDA,

       Appellee.

_____/

Opinion filed December 2, 2022

Appeal from the County Court
for Citrus County,
Bruce Carney, Judge.

MatthewJ.Metz, Public Defender,
and Edward J. Weiss, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Richard A. Pallas,
Jr., Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

In this *Anders*[1] appeal, we affirm the judgments and sentences entered below but remand for entry of a written order revoking probation in Case No. 2022-MM-111. *See Patt v. State*, 876 So. 2d 1278, 1278 (Fla. 5th DCA 2004) (holding that order revoking probation must state in writing conditions which trial court found to have been violated).

AFFIRMED; REMANDED for entry of a written order revoking probation.

EVANDER, EISNAUGLE and HARRIS, JJ., concur.

---

[1] *Anders v. California*, 386 U.S. 738 (1967).